Sean K. Hungerford (SBN 200268)
Tiffany Michou (SBN 305766)
HARRISON, TEMBLADOR,
HUNGERFORD & JOHNSON LLP
2801 T Street
Sacramento, CA 95816
Telephone: (916) 382-4377
Facsimile:  (916) 382-4380
shungerford@hthjlaw.com
tmichou@hthjlaw.com

Attorneys for Defendant
SYAR CONCRETE, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOODYARD, LLC, a California limited liability company,<br><br>*Plaintiff*<br><br>v.<br><br>SYAR INDUSTRIES, INC., a California corporation; and DOES 1 THOUGH 100,<br><br>*Defendant* | Case No. 2:19-cv-02495-KJM-DB<br><br>**STIPULATION TO EXTEND DEADLINES AND MODIFY SCHEDULING ORDER AND ORDER THEREON** |
| SYAR CONCRETE, LLC, a California limited liability company<br><br>*Counter-Complainant,*<br><br>v.<br>WOODYARD, LLC, a California limited liability company, and DOES 1 THOUGH 100,<br><br>*Counter-Defendant* | |

Plaintiff and Counter-Defendant WOODYARD, LLC ("Plaintiff") and Defendant and Counter-Complainant SYAR CONCRETE, LLC (erroneously named in the Complaint as SYAR INDUSTRIES, INC) ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, respectfully submit the following Stipulation to Extend Deadlines, and Modify Scheduling Order and Proposed Order Thereon (the "Stipulation") pursuant to Federal Rules of Civil Procedure 16(b) and 29(b), Local Rules 143 and 144, and the Court's Scheduling Order dated June 26, 2020 (Doc. No. 25) (the "Scheduling Order").

## I. RECITALS

WHEREAS on December 13, 2019, Plaintiff filed its Complaint in the U.S. District Court, Eastern District of California (Doc No. 1).

WHEREAS on January 21, 2020, Defendant filed a Motion to Dismiss (Doc No. 6).

WHEREAS on June 26, 2020, the Court issued a pre-trial case schedule (Doc. 25), which established dates and deadlines.

WHEREAS on August 20, 2020, the Court ordered that all of Plaintiff's claims were dismissed (Doc. 29) and that Plaintiff was granted leave to amend all dismissed claims.

WHEREAS on September 8, 2020, Plaintiff filed its First Amended Complaint (Doc No. 30).

WHEREAS on October 9, 2020, Defendant filed its Answer to Plaintiff's First Amended Complaint, including Counterclaim against Plaintiff (Doc. No. 31).

WHEREAS on October 27, 2020, Plaintiff filed its Answer to Defendant's Counterclaim (Doc. No. 33).

WHEREAS good cause exists to allow the Parties to extend deadlines and modify the Court's Scheduling Order pursuant to Federal Rule of Civil Procedure 16(b)(4), for the following reasons:

    A. Scheduling complexity arising from COVID 19 pandemic and associated stay-at-home orders;

    B. Defendant only recently answered Plaintiff's First Amended Complaint and the Parties have diligently commenced discovery since;

C. It is the first extension the Parties have requested in this case.

WHEREAS the Parties believe that an approximate 90-day continuance of all dates will allow for the completion of discovery and the drafting and arguing of dispositive motions.

## II. STIPULATION

**THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:**

All dates created by the Scheduling Order shall be continued as follows:

| CURRENT DEADLINES | REQUESTED DEADLINES |
|---|---|
| March 31, 2021 for the completion of fact discovery | **June 29, 2021** |
| January 11, 2021 for Plaintiff's expert disclosures | **July 30, 2021** |
| January 25, 2021 for Defendant's expert disclosures | **August 13, 2021** |
| March 3, 2021 for rebuttal expert witnesses | **August 20, 2021** |
| April 28, 2021 for discovery-completion | **September 17, 2021** |
| July 1, 2021 for the filing of all dispositive motion, except for motions for continuances, temporary restraining orders or other emergency applications. | **October 18, 2021** |
| September 23, 2021 Jury Trial | **January 27, 2022** |

All other aspects of the June 26, 2020 Pre-Trial Scheduling Order shall remain unchanged.

**IT IS SO STIPULATED.**

Dated: January 20, 2021         HARRISON, TEMBLADOR,
                                HUNGERFORD & JOHNSON LLP

                                /s/ Tiffany Michou
                                Tiffany Michou, Esq.,
                                Attorneys for Defendant
                                SYAR INDUSTRIES INC.,

Dated: January 20, 2021         BRADY & VINDING

                                /s/ Michael E. Vinding (as authorized on 01/20/21)
                                Michael E. Vinding, Esq.,
                                Attorneys for Plaintiff,
                                WOODYARD, LLC

Dated: January 20, 2021           ARATA, SWINGLE,
                                  VAN EGMOND, & HEITLINGER

                                             /s/ Graham Scott (as authorized 01/20/21)
                                             Graham Scott, Esq.,
                                             Attorneys for Plaintiff,
                                             WOODYARD, LLC

### III.  ORDER

Good cause appearing, IT IS HEREBY ORDERED that the following new deadlines set forth in the above Stipulation are ordered by this Court as follows, without the setting of a trial date at this time.

| CURRENT DEADLINES | REQUESTED DEADLINES |
| --- | --- |
| March 31, 2021 for the completion of fact discovery | **June 29, 2021** |
| January 11, 2021 for Plaintiff's expert disclosures | **July 30, 2021** |
| January 25, 2021 for Defendant's expert disclosures | **August 13, 2021** |
| March 3, 2021 for rebuttal expert witnesses | **August 20, 2021** |
| April 28, 2021 for discovery-completion | **September 17, 2021** |
| July 1, 2021 for the hearing of all dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications. | **October 29, 2021** |

DATED: January 25, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE