Sean K. Hungerford (SBN 200268)
Tiffany Michou (SBN 305766)
HARRISON, TEMBLADOR,
HUNGERFORD & JOHNSON LLP
2801 T Street
Sacramento, CA 95816
Telephone: (916) 382-4377
Facsimile:  (916) 382-4380
shungerford@hthjlaw.com
tmichou@hthjlaw.com

Attorneys for Defendant
SYAR CONCRETE, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WOODYARD, LLC, a California limited liability company,

     *Plaintiff*

     v.

SYAR INDUSTRIES, INC., a California corporation; and DOES 1 THOUGH 100,

     *Defendant*

---

SYAR CONCRETE, LLC, a California limited liability company

     *Counter-Complainant,*

     v.

WOODYARD, LLC, a California limited liability company, and DOES 1 THOUGH 100,

     *Counter-Defendant*

Case No. 2:19-cv-02495-KJM-DB

**JOINT STIPULATION TO EXTEND DEADLINES AND MODIFY SCHEDULING ORDER AND ORDER THEREON**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff and Counter-Defendant WOODYARD, LLC ("Plaintiff") and Defendant and Counter-Complainant SYAR CONCRETE, LLC (erroneously named in the Complaint as SYAR INDUSTRIES, INC) ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, respectfully submit the following Stipulation to Extend Deadlines, and Modify Scheduling Order and Proposed Order Thereon (the "Stipulation") pursuant to Federal Rules of Civil Procedure 16(b) and 29(b), Local Rules 143 and 144, and the Court's Scheduling Order dated June 26, 2020 (Doc. No. 25) (the "Scheduling Order").

## I.    RECITALS

WHEREAS, on December 13, 2019, Plaintiff filed its Complaint (Dkt. 1).

WHEREAS, on January 21, 2020, Defendant filed a Motion to Dismiss (Dkt. 6).

WHEREAS, on June 26, 2020, the Court issued a pre-trial case schedule (Dkt. 25).

WHEREAS, on August 20, 2020, the Court ordered Plaintiff's claims dismissed but granted Plaintiff leave to amend the Complaint (Dkt. 29).

WHEREAS, on September 8, 2020, Plaintiff filed a First Amended Complaint (Dkt. 30).

WHEREAS, on October 9, 2020, Defendant filed its Answer to Plaintiff's First Amended Complaint and asserting a Counterclaim against Plaintiff (Dkt. 31).

WHEREAS, on October 27, 2020, Plaintiff filed its Answer to Defendant's Counterclaim (Dkt. 33).

WHEREAS, on January 25, 2021, the court found good cause to extend deadlines and modify the Court's Scheduling Order pursuant to Federal Rule of Civil Procedure 16(b)(4). (Dkt. 35) based on COVID-19 related delays.  In relevant part, the January 25, 2021 Scheduling Order set a June 29, 2021 deadline for completing fact discovery.

WHEREAS, during the course of written and deposition discovery from January 2021 through March 2021, the Parties have learned that other parties, in addition to Defendant, appear to have been responsible for delivering concrete to the subject property that is owned by Plaintiff and is at the center of this case.  Thus, if Defendant can be held liable under CERCLA and related state laws for delivering concrete to the subject property, which Defendant strongly disputes, then additional parties may need to be joined to this litigation to achieve a full and complete resolution

of the issues raised in the Complaint and Counterclaim.  However, if the issues in the Complaint can be resolved in advance by a motion for summary judgment, which Defendant intends to bring in the coming weeks, there may be no need to join additional parties or indeed to further litigate this case.

WHEREAS, based on the foregoing, the Parties agree and submit that good cause exists to modify the case management deadlines in the Scheduling Order to account for the possibility that additional parties may need to be joined to this litigation pending on the outcome of Defendant's anticipated summary judgment motion, and to provide additional time for fact discovery related to such additional parties, which otherwise does not exist under the current case management deadlines.

**THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:**

1.      All dates created by the Amended Scheduling Order (Doc. No. 35) shall be continued as follows:

| CURRENT DEADLINES | REQUESTED DEADLINES |
|---|---|
| June 29, 2021 for the completion of fact discovery | **October 27, 2021** |
| July 30, 2021 for Plaintiff's expert disclosures | **November 29, 2021** |
| August 13, 2021 for Defendant's expert disclosures | **December 13, 2021** |
| August 20, 2021 for rebuttal expert witnesses | **December 20, 2021** |
| September 17, 2021 for discovery-completion | **January 17, 2022** |
| October 29, 2021 for the filing of all dispositive motion, except for motions for continuances, temporary restraining orders or other emergency applications. | **March 4, 2022** |

**IT IS SO STIPULATED.**

Dated:  4/5/2021                  HARRISON, TEMBLADOR,
                                  HUNGERFORD & JOHNSON LLP

                                  /s/ Tiffany Michou
                                  Tiffany Michou, Esq.,
                                  Attorneys for Defendant
                                  SYAR INDUSTRIES INC.,


Dated: 4/2/2021                   ARATA, SWINGLE,
                                  VAN EGMOND, & HEITLINGER

                                  /s/ Graham Scott (as authorized on 4/2/21)
                                  Graham Scott, Esq.,
                                  Attorneys for Plaintiff,
                                  WOODYARD, LLC

## II.   ORDER

Good cause appearing, IT IS HEREBY ORDERED that the new deadlines

are as follows:

| CURRENT DEADLINES | REQUESTED DEADLINES |
|---|---|
| June 29, 2021 for the completion of fact discovery | **October 27, 2021** |
| July 30, 2021 for Plaintiff's expert disclosures | **November 29, 2021** |
| August 13, 2021 for Defendant's expert disclosures | **December 13, 2021** |
| August 20, 2021 for rebuttal expert witnesses | **December 20, 2021** |
| September 17, 2021 for discovery-completion | **January 17, 2022** |
| October 29, 2021 for hearing on all dispositive motion, except for motions for continuances, temporary restraining orders or other emergency applications. | **March 4, 2022** |

**IT IS SO STIPULATED.**

DATED:  April 12, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE